# Third District Court of Appeal

## State of Florida

Opinion filed November 27, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1799
Lower Tribunal No. 23-15358-FC-04
_____

**Michael Gregory Pekel,**
Petitioner,

vs.

**Yesenia Leyva,**
Respondent.

A Case of Original Jurisdiction – Prohibition.

Sandy T. Fox, P.A., and Sandy T. Fox, for petitioner.

No appearance, for respondent.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Petitioner Michael Gregory Pekel seeks a writ of prohibition against

the trial judge based on the trial judge's not ruling on the underlying motion

for disqualification within 30 days of service of such motion. <u>See</u> Fla. R. Gen. Prac. & Jud. Admin. 2.330(l). No response has been filed to the petition. Because the record demonstrates that the motion for disqualification was served on the trial judge and no timely order was entered, "the motion must be deemed granted." <u>Hefley v. Holmquist</u>, 48 Fla. L. Weekly D830 (Fla. 5th DCA Apr. 20, 2023). Accordingly, we grant the petition but withhold issuance of the writ, confident that the trial judge will grant the underlying motion.

Petition granted; writ withheld.